UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PETER G. SHERIDAN |
| | : | |
| v. | : | CRIM. NO. 21-871 (PGS) |
| | : | |
| DJAVON HOLLAND | : | MEMORANDUM AND ORDER |
| | | DENYING DEFENDANT'S |
| | | MOTIONS TO DISMISS, MOTION |
| | | TO MODIFY CONDITIONS OF |
| | | RELEASE, and MOTION TO |
| | | COMPEL PRODUCTION OF |
| | | IDENTITIES OF INFORMANTS |

ECF NOS. 12, 31, 37, and 40

This matter was before the Court on October 6, 2022 to hear oral argument as to Defendant's Motions to Dismiss (ECFs 12 and 31); Motion to Modify Conditions of Release (ECF 37); and Motion to Compel Production of Identities of Informants and related discovery (ECF 40), and the Court having carefully reviewed and taken into consideration the submissions of the parties, as well as the arguments and exhibits therein presented; and for good cause shown;

IT IS ON THIS 11th DAY OF OCTOBER, 2022, HEREBY

**ORDERED** that defendant's Motion to Dismiss (ECF No 12) is hereby **DENIED** for the reasons stated on the record; and, it is further;

**ORDERED** that defendant's Motion to Dismiss (ECF No 31) is hereby **DENIED** for the reasons stated on the record; and, it is further;

**ORDERED** that defendant's Motion to Modify Conditions of Release (ECF No 37) is hereby **DENIED** for the reasons stated on the record; and, it is further;

**ORDERED** that defendant's Motion to Compel Discovery (ECF No 40) is hereby **DENIED** as moot for the reasons stated on the record.


PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

2